**No. 53883.**—Baxter Importers, Ltd. *v.* United States, protests 102105–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53884.**—Comex Wine & Spirits, Inc., et al. *v.* United States, protests 110149–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53885.**—French Italian Wine Co. *v.* United States, protest 151206–K (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53886.**—Borgen & Langsan *v.* United States, protest 146398–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

**No. 53887.**—A. Jaller Co., Inc. *v.* United States, protest 149388–K (New York).

Opinion by EKWALL, J. Counsel for the Government moved that the case be dismissed on the ground that the pleadings raise a question of value over which this court, sitting in classification, has no jurisdiction. An examination of the record showing the motion to be well taken, the protest was dismissed.